UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| LEVI STANTON,<br>　　　　Plaintiff<br><br>v.<br><br>XINYI GLASS (NORTH AMERICA) CO. LTD., XINYI AUTOMOBILE GLASS (SHENZHEN) CO., LTD.<br>　　　　Defendants. | 4:16-CV-04134-KES<br><br><br><br>SECOND JOINT MOTION REGARDING SCHEDULING ORDER |

　　　　The parties jointly move the Court for an Order modifying Paragraphs 2, 3, 6, and 8 of the Scheduling Order entered on November 29, 2016 (Doc. 11) and Order Amending Scheduling entered on June 28, 2017 (Doc. 17) for the reason that discovery is ongoing and the potential of at least one new party to the lawsuit was recently identified through the subpoena process. The current parties are working together to finalize and identify all the parties. Accordingly, the parties request that the deadlines for joining parties and amending pleadings, expert disclosures, completion of all discovery including expert discovery, and filing of all motions, other than motions in limine, be extended respectively as proposed below, amending the first sentence of each of the four specified paragraphs of the Scheduling Order as such that as amended they would provide as indicated below:

2.　　The parties will have until April 1, 2018 to move to join additional parties and to amend the pleadings….

3.　　All discovery, including expert discovery, will be commenced in time to be completed by December 1, 2018….

6.　　The identity of and reports from retained experts under Rule 26(a)(2) will be due from plaintiff by June 1, 2018, and from defendant by September 1, 2018; …

1

8. All motions, other than motions in limine, together with supporting briefs, will be filed and served on or before February 1, 2018.

Dated this 28th day of December, 2017

TURBAK LAW OFFICE, P.C.
Attorneys for Plaintiff

Liam M. Culhane
Seamus W. Culhane
26 S. Broadway, STE 100
Watertown, South Dakota 57201
(605) 886-8361
liam@turbaklaw.com
seamus@turbaklaw.com

Dated this 28th day of December, 2017

DAVENPORT, EVANS,
HURWITZ & SMITH, L.L.P.
Attorney for Defendants

Thomas, M. Frankman
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
(605) 357-1217
tfrankman@dehs.com