UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| LEVI STANTON,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>XINYI GLASS (NORTH AMERICA) CO. LTD.,<br>XINYI GLASS HOLDINGS LIMITED, and<br>XINYI AUTOMOBILE GLASS (SHENZHEN) CO., LTD.,<br><br>　　　　　　　Defendants. | 4:16-CV-04134-KES<br><br><br>ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM AND GRANTING MOTION TO SUBSTITUTE PARTY |

　　　　Plaintiff, Levi Stanton, moves under Federal Rule of Civil Procedure 17(c) for the appointment of Attorney John Delzer of Arlington, South Dakota, as guardian ad litem of Levi Stanton for the purpose of prosecuting the present action in the best interest of Stanton. Docket 22. On March 9, 2018, South Dakota State Circuit Court Judge Robert L. Spears appointed Attorney Delzer to act as the guardian ad litem of Levi Stanton for purpose of prosecuting Stanton's related state worker's compensation claim. Docket 22-2. Thus, good cause appearing, it is

　　　　ORDERED that Stanton's motion for the appointment of a guardian ad litem (Docket 22) is granted. Attorney John Delzer of Arlington, South Dakota, is appointed guardian ad litem of Levi Stanton.

IT IS FURTHER ORDERED THAT Stanton's motion to substitute party and amend the caption for this matter (Docket 23) is granted.

DATED this 3rd day of April, 2018.

                                            BY THE COURT:

                                            /s/ *Karen E. Schreier*
                                            KAREN E. SCHREIER
                                            UNITED STATES DISTRICT JUDGE